IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEXIA REAL ESTATE CAPITAL MARKETS f/k/a Artesia Mortgage Capital Corporation, a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:09cv995-MHT (WO) |
| ATLANTA CROSSING, LLC, an Alabama limited liability company, and DUNCAN P. LILES, III, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the JOINT stipulation of dismissal (Doc. No. 42), it is the ORDER, JUDGMENT, and DECREE of the court that all remaining claims in this case are dismissed with prejudice, with the parties to bear their own costs, expenses, and attorneys' fees.

It is further ORDERED that the motion to strike jury demand (Doc. No. 27) is denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. DONE, this the 9th day of June, 2010.**

　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**